**Donald HOLLIDAY, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 63878.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 2, 1993.

John Klosterman, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We find no clear error and affirm pursuant to Rule 84.16(b)(2).

Further, we find an opinion in this matter would have no precedential value and affirm by written order. We have provided a memorandum for use by the parties only.